IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cv-01907-CMA-BNB | Date: | January 28, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| XEDAR CORPORATION **Plaintiff(s)** | *Philip W. Bledsoe* |
| v. | |
| DON RAKESTRAW **Defendant(s)** | *Todd A. Higgins* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 3:41 p.m.  Appearance of counsel.

Preliminarily, the Court GRANTS [27] Motion for Leave to File Reply and considers reply as submitted.

Argument presented on [22] Defendant's Motion for Leave to File an Amended Answer and Counterclaims.

**ORDERED:  [22] Defendant's Motion for Leave to File an Amended Answer and Counterclaims is GRANTED, the Clerk of Court is directed to accept the Amended Answer for filing.**

Court in Recess: 3:59 p.m.   Hearing concluded.   Total time in Court: 00:18

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119