IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01907-CMA-BNB

XEDAR CORPORATION,

Plaintiff,

v.

DON RAKESTRAW,

Defendant.

_____

## ORDER
_____

This matter arises on **Defendant Don Rakestraw's Motion for Leave to File an Amended Answer and Counterclaims** [Doc. # 22, filed 1/14/2013] (the "Motion to Amend"). I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Amend [Doc. # 22] is GRANTED; and

(2)     The Clerk of the Court is directed to accept for filing the Amended Answer, Counterclaims, and Jury Demand [Doc. # 22-1].

Dated January 28, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge