IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01907-CMA-BNB

XEDAR CORPORATION,

Plaintiff,

v.

DON RAKESTRAW,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1) **Defendant's Motion for Leave to File Reply In Support of Rakestraw's Motion to Amend** [Doc. # 27, filed 1/25/2013] is GRANTED; and

(2) The Clerk of the Court is directed to accept for filing **Defendant's Reply** [Doc. # 27-1].

DATED: January 28, 2013