IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01907-CMA-BNB

XEDAR CORPORATION,

Plaintiff,

v.

DON RAKESTRAW,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before November 22, 2013, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 8, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge