IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01907-CMA-BNB

XEDAR CORPORATION,

    Plaintiff,

v.

DON RAKESTRAW,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to the parties' settlement and Stipulation for Dismissal With Prejudice (Doc. # 74), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

DATED:  November   20  , 2013

                    BY THE COURT:

                    *[signature]*

                    _____
                    CHRISTINE M. ARGUELLO
                    United States District Court Judge